IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01746-CMA-MEH

BERNELL RANSON,

    Plaintiff,

v.

ROCHE COLORADO CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2009.**

    Defendant's Unopposed Motion Regarding Settlement Conference [filed November 5, 2009; docket #12] is **granted**. The Settlement Conference will proceed on December 1, 2009, without a representative with "full authority" appearing for the Defendant. The Court notifies the parties, however, that if progression of any settlement efforts are unreasonably impeded by the absence of an integral party, the Court may award sanctions to the party injured by such impediment.