IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01746-CMA-MEH

BERNELL RANSON,

    Plaintiff,

v.

ROCHE COLORADO CORPORATION,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2009.**

    The Stipulated Motion for Expedited Entry of Protective Order [filed November 20, 2009; docket #15] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.