**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01746-CMA-MEH

BERNELL RANSON,

    Plaintiff,

v.

ROCHE COLORADO CORPORATION, a Delaware corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 20). The Court having considered the Stipulated Motion, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees, except as otherwise provided by the agreement of the parties.

DATED: December __8__, 2009

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge